**From:** Mary Smith
**Sent:** Friday, July 10, 2009 11:52 AM
**To:** Kevin McAleer
**Subject:** RE: Chris Hall

Kevin,

We have made three wires:

672,568 on 4/16
1,586,500 on 5/20
1,428,847 on 6/30


Mary A. Smith
SVP & Chief Financial Officer
Penson Financial Services, Inc.
P: 214.765.1382  F: 214.217.5091
www.penson.com

The Flexible Choice in Global Financial Services™

**From:** Kevin McAleer
**Sent:** Friday, July 10, 2009 10:28 AM
**To:** Mary Smith
**Subject:** FW: Chris Hall
**Importance:** High

Mary

Andy said that to his knowledge there is only one Note to Hall for $1.5 million. what other amount of money has been paid to Hall??

K-

**From:** Danna Taylor
**Sent:** Tuesday, July 07, 2009 7:21 PM
**To:** Kevin McAleer
**Subject:** Chris Hall

Kevin,



PX 2

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-310097

On that SAI Note that we have, did you find out if I am to accrue interest on this each month and if so at what rate?

Danna Taylor, CPA
Corporate Asst. Controller
Penson Worldwide, Inc.
214-953-3329
214-217-1879 (fax)

F.O.I.A. Confidential Treatment Requested on
Behalf of Penson Worldwide Inc. by Akin Gump
Strauss Hauer & Feld LLP

PWI-SEC-310098