# EXHIBIT 4

# Penson Primary Operating Companies
## (2009-2011)

