# EXHIBIT 5

| | |
|---|---|
| From: | Chris Hall |
| To: | Phil |
| Sent: | 4/3/2009 2:32:30 PM |
| Subject: | RE: CLNW |

Here are their wiring instructions. They will release the stock certificates upon receipt.

1st United Bank
335 South County Road
Palm Beach, Fl. 33480

ABA/ Routing #  4987

For Credit to: James J. Hurchalla & Associates, P.A., Trust Account
888 East Las Olas Boulevard
Suite 200
Fort Lauderdale, Fl. 33301

Account #  0306

CJH

---

Subject: RE: CLNW
Date: Thu, 2 Apr 2009 14:52:13 -0500
From: ppendergraft@penson.com
To: cjhall58@hotmail.com

Chris

We are ready to proceed ahead on this portion.

Please tell me what should happen next.

Thanks

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PX 63

PWI-SEC-082806

Phil

---

**From:** Chris Hall [mailto:cjhall58@hotmail.com]
**Sent:** Thursday, April 02, 2009 1:52 PM
**To:** Phil Pendergraft
**Subject:** RE: CLNW

297,946

---

Subject: RE: CLNW
Date: Thu, 2 Apr 2009 13:46:44 -0500
From: ppendergraft@penson.com
To: cjhall58@hotmail.com

Chris

Can you give me an exact share count?

Thanks

Phil

---

**From:** Chris Hall [mailto:cjhall58@hotmail.com]
**Sent:** Wednesday, April 01, 2009 4:42 PM
**To:** Phil Pendergraft
**Subject:** CLNW

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-082807

Dear Phil,

I can retrieve slightly less than 300,000 shares by paying down $672,568.00. This could be consummated fairly quickly.
I'll get back to you when I hear from the other 2.

CJH

STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.

STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-082808