# EXHIBIT 6

| | |
|---|---|
| From: | Phil Pendergraft |
| To: | 'Chris Hall' |
| Sent: | 4/23/2009 7:41:05 PM |
| Subject: | RE: CLNW shares |

Chris

Let's do it.

Thanks

Phil

**From:** Chris Hall [mailto:cjhall58@hotmail.com]
**Sent:** Thursday, April 23, 2009 2:41 PM
**To:** Phil Pendergraft
**Subject:** CLNW shares

Phil-

As per our conversations, I can retrieve 700,000 more shares of CLNW for $1,586,500. Let me know what you want me to do.

Thanks,
CJH



F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-368250