# EXHIBIT 7

**From:** Mary Smith
**To:** Phil Pendergraft
**Sent:** 5/20/2009 4:15:22 PM
**Subject:** RE: Wiring Instructions

Done.

Mary A. Smith
SVP & Chief Financial Officer
Penson Financial Services, Inc.
P: 214.765.1382  F: 214.217.5091
www.penson.com

The Flexible Choice in Global Financial Services™

---

**From:** Phil Pendergraft
**Sent:** Wednesday, May 20, 2009 10:03 AM
**To:** Mary Smith
**Subject:** FW: Wiring Instructions
**Importance:** High

Mary

Please wire $1,586,500 to these instructions today.  This should release an additional $7m or so in collateral for the Hall account.

Thanks

Phil

---

**From:** Chris Hall [mailto:cjhall58@hotmail.com]
**Sent:** Wednesday, May 06, 2009 5:07 PM
**To:** Phil Pendergraft
**Subject:** FW: Wiring Instructions

Dear Phil,

I finally heard back, there are a total of 702,654 shares being held.
This time I will have the certificates sent via Fed-ex.

CJH

---

**From:** WPMcIII@aol.com
**Date:** Wed, 6 May 2009 18:01:03 -0400
**Subject:** Wiring Instructions
**To:** cjhall58@hotmail.com

Wiring Instructions

1st United Bank
335 South County Road
Palm Beach, Fl. 33480

ABA/ Routing #  ▇▇▇4987

For Credit to: James J. Hurchalla & Associates, P.A., Trust Account
              888 East Las Olas Boulevard



F.O.I.A. Confidential Treatment Requested on
Behalf of Penson Worldwide Inc. by Akin Gump

PWI-SEC-366945

Suite 200
Fort Lauderdale, Fl. 33301

Account #   ███0306

Big savings on Dell's most popular laptops. Now starting at $449!

F.O.I.A. Confidential Treatment Requested on
Behalf of Penson Worldwide Inc. by Akin Gump

PWI-SEC-366946