# EXHIBIT 8

| | |
|---|---|
| From: | Chris Hall |
| To: | Phil |
| Sent: | 6/30/2009 3:17:04 PM |
| Subject: | RE: Cnow shares |

Dear Phil-

I will send them as soon as they are received.

I'm resending the dollar amount and wire instructions for your convenience.

CJH

From: ppendergraft@penson.com
To: cjhall58@hotmail.com
Date: Thu, 18 Jun 2009 10:06:09 -0500
Subject: RE: Cnow shares

Chris:

Please sign the papers sent via Fed-Ex today, fax me the signature pages at 214-765-1164 and we will release this wire. We are all teed up to do so.

Please overnight the original paperwork to my attention.

Thanks

Phil

From: Chris Hall [mailto:cjhall58@hotmail.com]
Sent: Wednesday, June 17, 2009 3:24 PM
To: Phil Pendergraft
Subject: RE: Cnow shares

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP



PWI-SEC-310645

Wiring instructions:

1st United Bank
335 South County Road
Palm Beach, Fl. 33480

ABA/Routing # ████4987

Account # ████0306

For credit to: James J. Hurchalla & Associates, P.A., Trust Account
88 East Las Olas Boulevard
Suite 200
Fort Lauderdale, Fl. 33301

Thanks,

CJH

---

From: ppendergraft@penson.com
To: cjhall58@hotmail.com
Date: Tue, 16 Jun 2009 17:30:41 -0500
Subject: Re: Cnow shares

Chris

This is acceptable. What are the wiring instructions?

Thanks

Phil

------------------------
Penson Financial Services, Inc.

The Flexible Choice in Global Financial Services

---

From: Chris Hall
To: Phil Pendergraft
Sent: Tue Jun 16 16:59:03 2009
Subject: RE: Cnow shares

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-310646

Phil:

I have a total of 534,034 remaining with this lender and a total owed of $1,428,847.20. Does that work?

I'll speak with you soon.

Thanks,

CJ Hall

From: ppendergraft@penson.com
To: cjhall58@hotmail.com
Date: Mon, 15 Jun 2009 16:21:49 -0500
Subject: RE: Cnow shares

Chris:

Thanks for the note. Are the wiring instructions the same?

Can you arrange for another 100k shares or so?

I do need to talk to you at your convenience, so please give me a call when you have a minute. I should be in the office all week.

Thanks

Phil

From: Chris Hall [mailto:cjhall58@hotmail.com]
Sent: Monday, June 15, 2009 3:27 PM
To: Phil Pendergraft
Subject: Cnow shares

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-310647

Dear Phil-

Sorry I missed you call earlier today.

As per our conversations, I can deliver 504,034 shares of CLNW by wiring $1,348,580. That amount is good until June 30th.

Thanks,
CJH

STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.

STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.

STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-310648