# EXHIBIT 9

| | |
|---|---|
| From: | Jonathan Gilliland |
| To: | 'Chris Hall' |
| Sent: | 2/26/2010 3:17:11 PM |
| Subject: | RE: amended and restated promissory note sinature & wire info. forstock loan payoff |

Chris There was nothing attached. I believe the intent was to make the various transfer today, but I am not handling that piece.

**From:** Chris Hall [mailto:cjhall58@hotmail.com]
**Sent:** Friday, February 26, 2010 9:15 AM
**To:** Jonathan Gilliland
**Subject:** amended and restated promissory note sinature & wire info. for stock loan payoff

Jonathon-

Here's the sinature page with my wife's consent.
Also, I've forwarded the wire instructions for the 721,463 shares of CLNW that require a $1,803,657.5 payoff.

Do we have a feel for when that wire will be sent? (the lender has been asking).

PX 54

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-311698