# EXHIBIT 10

| | |
|---|---|
| From: | Jonathan Gilliland |
| To: | Phil Pendergraft |
| CC: | Andy Koslow |
| Sent: | 2/11/2010 7:22:22 PM |
| Subject: | FW: Restructuring |

Phil Does this match up with your expectation? BTW no lien showed on the lien searches we did so it is not clear to me that this lien is perfected as against Chris.

---

**From:** Chris Hall [mailto:cjhall58@hotmail.com]
**Sent:** Thursday, February 11, 2010 1:21 PM
**To:** Jonathan Gilliland
**Subject:** RE: Restructuring

Sweezy Investments LLC.

---

From: JGilliland@PENSON.COM
To: cjhall58@hotmail.com
Date: Thu, 11 Feb 2010 13:18:58 -0600
Subject: RE: Restructuring

Thanks Chris. Who is the lien in favor of?

**From:** Chris Hall [mailto:cjhall58@hotmail.com]
**Sent:** Thursday, February 11, 2010 1:17 PM
**To:** Jonathan Gilliland
**Subject:** RE: Restructuring

That works for me.
The lien is $3,120,444.9 + interest that accrues at 10%.

CJH

---

From: JGilliland@PENSON.COM
To: cjhall58@hotmail.com; ppendergraft@penson.com
CC: AKoslow@PENSON.COM
Date: Thu, 11 Feb 2010 12:54:58 -0600
Subject: Restructuring

Chris and Phil

Attached is a revised Security Agreement and a redline of the changes. The changes are to reflect that there are certain existing liens on the LP interests. If you could each let me know if this adequately addresses what you had discussed, that would be great.



PX 29

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-785963

Chris could you confirm what liens you granted on the LP interest and what amounts are secured.

Many thanks.

Jonathan

**Jonathan Gilliland**
**Vice President and Deputy General Counsel**
Penson Worldwide, Inc.
1700 Pacific Avenue, Suite 1400
Dallas, Texas 75201
Tel: 214.765.1535  Fax: 214.217.3354
jgilliland@penson.com / www.penson.ca

STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.
STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PWI-SEC-785964