# EXHIBIT 15

**CRD® or IARD(TM) System**  Current As Of:  06/24/2013
**Snapshot - Individual**
**CRD® or IARD(TM) System Report provided to:**  SEC
**Request Submitted:**  6/25/2013 12:50:47 PM

Page 1 of 14

# Notice

**CRD® or IARD(TM) Information:** This report contains information from the CRD (Central Registration Depository) system, or the IARD system (Investment Advisers Registration Depository), which are operated by FINRA, a national securities association registered under the Securities Exchange Act of 1934. The CRD system primarily contains information submitted on uniform broker-dealer and agent registration forms and certain other information related to registration and licensing. The IARD system primarily contains information submitted on uniform investment adviser and agent registration forms and certain other information related to registration and licensing. The information on Uniform Forms filed with the CRD or IARD is deemed to have been filed with each regulator with which the applicant seeks to be registered or licensed and shall be the joint property of the applicant and such regulators. The compilation constituting the CRD database as a whole is the property of FINRA. Neither FINRA nor a participating regulator warrants or guarantees the accuracy or the completeness of the CRD or IARD information. CRD information consists of reportable and non-reportable information.

FINRA operates the CRD system in its capacity as a registered national securities association and pursuant to an agreement with the North American Securities Administrators Association, Inc. (NASAA).

FINRA operates the IARD system as a vendor pursuant to a contract with the Securities and Exchange Commission and undertakings with NASAA and participating state regulators.

**Reportable Information:** Information that is required to be reported on the current version of the uniform registration forms.

**Non-Reportable Information:** Information that is not currently reportable on a uniform registration form. Information typically is not reportable because it is out-of-date; it was reported in error; or some change occurred either in the disposition of the underlying event after it was reported or in the question on the form that elicited the information. Although not currently reportable, this information was once reported on a uniform form and, consequently, may have become a state record. Users of this information should recognize that filers have no obligation to update non-reportable data; accordingly, it may not reflect changes that have occurred since it was reported.

PX 167

| | |
|---|---|
| CRD® or IARD(TM) System Snapshot - Individual | Current As Of: 06/24/2013 |
| CRD® or IARD(TM) System Report provided to: | SEC |
| Request Submitted: 6/25/2013 12:50:47 PM | Page 2 of 14 |

| | |
|---|---|
| Details for Request#: | 11978035 |
| Report: | Snapshot - Individual |
| Requested By: | MMO |

| Parameter Name | Value |
|---|---|
| Request by CRD# or SSN: | CRD# |
| Individual CRD# or SSN | 1051581 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business? | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? (CRD Only) | Yes |
| Include Filing History? (CRD Only) | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? (CRD Only) | Yes |

| CRD® or IARD(TM) System Snapshot - Individual | Current As Of: | 06/24/2013 | |
|---|---|---|---|
| CRD® or IARD(TM) System Report provided to: | SEC | | |
| Request Submitted: | 6/25/2013 12:50:47 PM | | Page 3 of 14 |

### Individual   1051581 - HALL, CHRISTOPHER JOHN

**Administrative Information**
**Composite Information**

| | |
|---|---|
| Full Legal Name | HALL, CHRISTOPHER JOHN |
| State of Residence | FL |
| Active Employments | <<No Current Active Employments found for this Individual.>> |
| Reportable Disclosures? | Yes |
| Statutory Disqualification? | BLNK |
| Registered With Multiple Firms? | No |
| Material Difference in Disclosure? | No |

**Personal Information**

| | |
|---|---|
| Individual CRD# | 1051581 |
| Other Names Known By | <<No Other Names found for this Individual.>> |
| Year of Birth | 1958 |

**Registrations with Current Employer(s)**

<<No Registrations with Current Employer(s) found for this Individual.>>

**Registrations with Previous Employer(s)**

From   11/18/1985   To   03/15/1999   HOWE, SOLOMON & HALL, INC.(13386)
Reason for Termination   Voluntary
Termination Comment   Voluntary

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| CT | AG | 03/26/1999 | TERMED | 08/18/1994 |
| FINRA | FN | 02/17/1999 | TERMED | 04/25/1989 |
| FINRA | MP | 02/17/1999 | TERMED | 12/19/1985 |
| FINRA | GS | 01/20/1999 | TERMED | 11/26/1985 |
| FL | AG | 03/26/1999 | TERMED | 11/30/1993 |
| GA | AG | 12/31/1994 | TERMED | 07/25/1994 |
| IL | AG | 03/26/1999 | TERMED | 05/02/1994 |
| IN | AG | 03/26/1999 | TERMED | 08/13/1986 |
| MD | AG | 03/22/1999 | TERMED | 03/29/1996 |
| MO | AG | 10/09/1998 | TERMED | 05/04/1994 |
| NJ | AG | 01/05/1987 | TERMED | 11/26/1985 |
| NY | AG | 03/26/1999 | TERMED | 11/26/1985 |
| OH | AG | 01/05/1990 | TERMED | 08/19/1986 |
| TN | AG | 12/31/1994 | TERMED | 05/03/1994 |
| TX | AG | 08/23/1990 | TERMED | 08/11/1986 |

**CRD® or IARD(TM) System**           **Current As Of:**   06/24/2013
**Snapshot - Individual**
**CRD® or IARD(TM) System Report provided to:**   SEC
**Request Submitted:**   6/25/2013 12:50:47 PM                                    Page 4 of 14

**Individual**     1051581 - HALL, CHRISTOPHER JOHN

## Administrative Information
### Professional Designations

<<No Professional Designations found for this Individual.>>

### Employment History

| From | 11/1985 | To | 03/1999 | Name | HOWE, SOLOMON & HALL, INC. |
|---|---|---|---|---|---|
| | | | | Location | MIAMI, FL |
| | | | | Position | NOT PROVIDED |
| | | | | Investment Related | Yes |

### Office of Employment History

From   11/1985     To   03/1999

Name    HOWE, SOLOMON & HALL, INC.(13386)

Independent Contractor   No

#### Office of Employment Address

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| | | 23A | No | No | 11/18/1985 | 03/15/1999 | Located At |

Address  1001 SOUTH BAYSHORE DR #2314
         MIAMI, FL  33131

### Other Business
<<No Other Business found for this Individual.>>

### Exam Appointments
<<No Exam Appointments found for this Individual.>>

### Exam History

| Exam | Enrollment ID | Exam Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|---|
| S7  | 17564953 | Official Result | 01/21/1984 | 01/21/1984 | Passed | 83 | - |
| S27 | 17564946 | Official Result | 04/24/1989 | 04/24/1989 | Passed | 76 | - |
| S52 | 17564948 | Official Result | 11/18/1982 | 11/18/1982 | Passed | 77 | - |
| S52 | 17564947 | Window Expired 09/07/1982 | | | | 0 | |
| S53 | 17564949 | Official Result | 12/18/1985 | 12/18/1985 | Passed | 77 | - |
| S63 | 17564952 | Official Result | 12/14/1982 | 12/14/1982 | Passed | 76 | |
| S63 | 17564951 | Official Result | 11/23/1982 | 11/23/1982 | Failed | 68 | - |
| S63 | 17564950 | Window Expired 09/07/1982 | | | | 0 | |

### CE Regulatory Element Status
**Current CE Status**    NOCESTATUS
**CE Base Date**

### CE Appointments
<<No CE Appointments found for this Individual.>>

---

CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.

**CRD® or IARD(TM) System**         **Current As Of:**   06/24/2013
**Snapshot - Individual**
**CRD® or IARD(TM) System Report provided to:**   SEC
**Request Submitted:**   6/25/2013 12:50:47 PM                                      Page 5 of 14

| Individual | 1051581 - HALL, CHRISTOPHER JOHN |
|---|---|

### Administrative Information

**Current CE**
<<No Current CE found for this Individual.>>

**Next CE**
<<No Next CE found for this Individual.>>

**CE Directed Sequence History**

| Source | Type of Penalty | Date of Action | Effective Date |
|---|---|---|---|
| IL | SEQUENCE | 07/14/1999 | 08/28/1999 |
| MD | SEQUENCE | 03/22/1999 | 05/06/1999 |
| FINRA | SEQUENCE | 01/20/1999 | 03/06/1999 |
| FINRA | SEQUENCE | 12/08/1995 | 01/22/1996 |

**Inactive CE History Dates**

| From | 12/26/1999 | To | Present |
|---|---|---|---|
| From | 05/22/1998 | To | 05/06/1999 |

**Previous CE Requirement Status**

| Requirement Type | Session | Status | Status Date | Window Dates | Result |
|---|---|---|---|---|---|
| Directed Sequence | 101 | CEINACTIVE | 12/26/1999 | 08/28/1999-12/25/1999 | |
| Directed Sequence | 101 | REQUIRED | 08/29/1999 | 08/28/1999-12/25/1999 | |
| Directed Sequence | 201 | REQUIRED | 08/29/1999 | 05/06/1999-09/02/1999 | 08/29/1999 - SPNDD |
| Directed Sequence | 201 | REQUIRED | 05/06/1999 | 05/06/1999-09/02/1999 | |
| Directed Sequence | 201 | | | 03/06/1999-07/03/1999 | |
| Anniversary | 101 | | 05/22/1998 | 01/22/1998-05/21/1998 | 05/22/1998 - CMPLT |
| Anniversary | 101 | CEINACTIVE | 05/22/1998 | 01/22/1998-05/21/1998 | |
| Anniversary | 101 | SATISFIED | 05/22/1998 | 01/22/1998-05/21/1998 | |
| Directed Sequence | 101 | | 07/05/1996 | 01/22/1996-07/28/1996 | 07/05/1996 - CMPLT |
| Directed Sequence | 101 | | 04/02/1996 | 01/22/1996-07/28/1996 | |
| Anniversary | 101 | | | 12/09/1992-04/07/1993 | |
| Anniversary | 101 | | | 12/09/1987-04/06/1988 | |
| Anniversary | 101 | | | 12/09/1984-04/07/1985 | |

### Filing History

| Filing Date | Form Type | Filing type | Source |
|---|---|---|---|
| 08/16/2000 | U6 | CRD Individual | FINRA |
| 09/13/1999 | U6 | CRD Individual | FINRA |
| 07/07/1999 | U6 | Conversion | MD |
| 07/07/1999 | U6 | Conversion | IL |
| 07/07/1999 | U6 | Conversion | SEC |
| 07/07/1999 | U6 | Conversion | FINRA |
| 07/07/1999 | U5 | Conversion | HOWE, SOLOMON & HALL, INC. (13386) |
| 07/06/1999 | U4 | Conversion | HOWE, SOLOMON & HALL, INC. (13386) |
| 07/05/1999 | U5 | Conversion | HOWE, SOLOMON & HALL, INC. (13386) |
| 07/05/1999 | U4 | Conversion | HOWE, SOLOMON & HALL, INC. (13386) |

| | | | |
|---|---|---|---|
| **CRD® or IARD(TM) System** | **Current As Of:** 06/24/2013 | | |
| **Snapshot - Individual** | | | |
| **CRD® or IARD(TM) System Report provided to:** | SEC | | |
| **Request Submitted:** 6/25/2013 12:50:47 PM | | | **Page 6 of 14** |

**Individual    1051581 - HALL, CHRISTOPHER JOHN**

### Reportable Events

**Number of Reportable Events**

| | |
|---|---|
| Bankruptcy | 0 |
| Bond | 0 |
| Civil Judicial | 0 |
| Criminal | 0 |
| Customer Complaint | 0 |
| Internal Review | 0 |
| Investigation | 0 |
| Judgement/Lien | 0 |
| Regulatory Action | 5 |
| Termination | 0 |

| | | | |
|---|---|---|---|
| Occurrence# | 92479 | Disclosure Type | Regulatory Action |
| FINRA Public Disclosable | Yes | Reportable | Yes |
| Material Difference in Disclosure | No | | |

| | | | |
|---|---|---|---|
| Filing ID | 28052 | Form (Form Version) | U4 (08/1999) |
| Filing Date | 07/06/1999 | | |
| Source | 13386 - HOWE, SOLOMON & HALL, INC. | | |

**Disclosure Questions Answered**

**Regulatory Action DRP**                              **DRP Version    10/2005**

  1. Regulatory action initiated by:    NASD
  2. Principal sanction:
     Other sanction(s):
  3. Date Initiated/Explanation:        09/27/1994
  4. Docket/Case#:                      C07940078
  5. Employing firm:                    HOWE, SOLOMON & HALL, INC.
  6. Principal product type:
     Other product type(s):
  7. Allegation(s):                     FAILURE TO SUPERVISE THE FIRMS MARK-UP POLICIES.
  8. Current status:                    Final
  9. Appealed to:
  10. Resolution:                       Decision
  11. Resolution date/Explanation:      12/08/1995
  12. A. Resolution detail:             Monetary/Fine Sanction (Amount: $30,000.00), Censure Sanction

| | | | |
|---|---|---|---|
| **CRD® or IARD(TM) System Snapshot - Individual** | **Current As Of:** | 06/24/2013 | |
| **CRD® or IARD(TM) System Report provided to:** | | SEC | |
| **Request Submitted:** 6/25/2013 12:50:47 PM | | | Page 7 of 14 |

**Individual**   1051581 - HALL, CHRISTOPHER JOHN

**Reportable Events**

**Regulatory Action DRP**                              **DRP Version**   10/2005

- B. Other sanction(s) ordered:

- C. Sanction detail:   FINED 10,000.00 NO SUSPENSION OR RE-TESTING NEEDED. THE FIRM AND THE RR WERE CENSURED AND FINE 30,000.00
  (JOINTLY AND SEVERALLY)

- 13. Comment:   Not Provided

**Filing ID**   153722                                **Form (Form Version)**   U6 (08/1999)
**Filing Date**   07/07/1999
**Source**   FINRA
**Disclosure Questions Answered**

**Regulatory Action DRP**                              **DRP Version**   10/2005

1. Regulatory action initiated by:   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.
2. Principal sanction:
   Other sanction(s):
3. Date Initiated/Explanation:   09/27/1994
4. Docket/Case#:   C07940078
5. Employing firm:   HOWE, SOLOMON & HALL, INC.
6. Principal product type:
   Other product type(s):
7. Allegation(s):
8. Current status:   Final
9. Appealed to:
10. Resolution:   Decision
11. Final order:
12. Resolution date/Explanation:   12/08/1995
13. A. Resolution detail:   Monetary/Fine Sanction (Amount: $30,000.00), Censure Sanction
    B. Other sanction(s) ordered:
    C. Sanction detail:
14. Comment:   LTR: 02/21/96, TO BD# 13386, CODES: B,O,P,Q,T
      COMPLAINT NO. C07940078 FILED SEPTEMBER 27, 1994 BY DISTRICT NO. 7 AGAINST HOWE, SOLOMON & HALL, INC. AND CHRISTOPHER JOHN HALL ALLEGING VIOLATIONS OF MSRB RULES G-27

| | | | |
|---|---|---|---|
| CRD® or IARD(TM) System | Current As Of: | 06/24/2013 | |
| Snapshot - Individual | | | |
| CRD® or IARD(TM) System Report provided to: | | SEC | |
| Request Submitted:   6/25/2013 12:50:47 PM | | | Page 8 of 14 |

**Individual    1051581 - HALL, CHRISTOPHER JOHN**

**Reportable Events**

### Regulatory Action DRP                               DRP Version    10/2005

AND G-30 IN THAT RESPONDENT MEMBER, ACTING THROUGH RESPONDENT
HALL, EFFECTED PRINCIPAL SALES OF VARIOUS MUNICIPAL BONDS WITH
PUBLIC CUSTOMERS AT PRICES WHICH WERE NOT FAIR WITH MARK-UPS
RANGING FROM 4.61 TO 354 PERCENT ABOVE THE PREVAILING MARKET
PRICE; AND, FAILED TO ESTABLISH OR MAINTAIN ADEQUATE WRITTEN
SUPERVISORY PROCEDURES PERTAINING TO THE PRICING OF MUNICIPAL
SECURITIES. DECISION RENDERED OCTOBER 24, 1995 WHEREIN
RESPONDENTS MEMBER AND HALL ARE CENSURED, FINED $30,000,
JOINTLY AND SEVERALLY, AND ASSESSED HEARING COSTS TOTALING
$1,948, JOINTLY AND SEVERALLY. RESPONDENT MEMBER IS ALSO
REQUIRED TO DISGORGE ITS EXCESS PROFITS TO ITS CUSTOMERS OF
$67,936.40. IF NO FURTHER ACTION, DECISION IS FINAL DECEMBER 8,
1995.

DECEMBER 8, 1995 -- DECISION IS FINAL. **$31,948.00 FULLY PAID
J&S AS OF 1/31/97 [INTEREST-$2,235.55], INVOICE #95-07-814**

| | | | |
|---|---|---|---|
| **Occurrence#** | 274718 | **Disclosure Type** | Regulatory Action |
| **FINRA Public Disclosable** | Yes | **Reportable** | Yes |
| **Material Difference in Disclosure** | No | | |

| | | | |
|---|---|---|---|
| **Filing ID** | 153723 | **Form (Form Version)** | U6 (08/1999) |
| **Filing Date** | 07/07/1999 | | |
| **Source** | United States Securities and Exchange Commission | | |

**Disclosure Questions Answered**

### Regulatory Action DRP                               DRP Version    10/2005

1. Regulatory action initiated by:   SECURITIES AND EXCHANGE COMMISSION

2. Principal sanction:

   Other sanction(s):

3. Date Initiated/Explanation:   05/29/1998

4. Docket/Case#:

5. Employing firm:   HOWE, SOLOMON & HALL, INC.

6. Principal product type:

   Other product type(s):

7. Allegation(s):

| | | |
|---|---|---|
| **CRD® or IARD(TM) System** | **Current As Of:** | 06/24/2013 |
| **Snapshot - Individual** | | |
| **CRD® or IARD(TM) System Report provided to:** | | SEC |
| **Request Submitted:**  6/25/2013 12:50:47 PM | | Page 9 of 14 |

**Individual**   1051581 - HALL, CHRISTOPHER JOHN

**Reportable Events**

**Regulatory Action DRP**                                         **DRP Version**   10/2005

| | |
|---|---|
| 8. Current status: | Final |
| 9. Appealed to: | |
| 10. Resolution: | Decision & Order of Offer of Settlement |
| 11. Final order: | |
| 12. Resolution date/Explanation: | 05/29/1998 |
| 13. A. Resolution detail: | Censure Sanction, Cease and Desist/Injunction Sanction |
| B. Other sanction(s) ordered: | |
| C. Sanction detail: | |
| 14. Comment: | [TOP]6/8/98JW SEC NEWS DIGEST, ISSUE 98-103 DATED 5/29/98 ENFORCEMENT PROCEEDINGS DISCLOSES; "ADMINISTRATIVE PROCEEDINGS ENTERED AGAINST AND SIMULTANEOUSLY SETTLED BY CHRISTOPHER HALL AND HOWE, SOLOMON AND HALL, INC." SEC ANNOUNCED THAT IT INSTITUTED AND SIMULTANEOUSLY SETTLED PUBLIC ADMINISTRATIVE AND CEASE AND DESIST PROCEEDINGS PURSUANT TO SECTIONS 15(B), 19(H), AND 21C OF THE SECURITIES EXCHANGE ACT OF 1934 (EXCHANGE ACT) AGAINST CHRISTOPHER J. HALL AND HOWE, SOLOMON AND HALL, INC. (HSH), BOTH OF MIAMI, FLORIDA. THE ORDER INSTITUTING THE PROCEEDINGS FINDS FROM 9/7/94 TO 10/12/94, HSH, A BROKER-DEALER REGISTERED WITH SEC, WILLFULLY VIOLATED THE FEDERAL SECURITIES LAWS BY CHARGING EXCESSIVE MARKUPS ON CERTAIN MUNICIPAL SECURITIES THAT IT SOLD TO ITS CUSTOMERS. THE ORDER FURTHER FINDS THAT HALL, HSH'S CHIEF FINANCIAL OFFICER, WILLFULLY AIDED AND ABETTED AND CAUSED HSH'S VIOLATIONS. IN THE ORDER, SEC ACCEPTS HALLS' OFFER OF SETTLEMENT, IN WHICH, WHILE NEITHER ADMITTING NOR DENYING THE ALLEGATIONS IN THE PROCEEDING, HALL AGREES IN THE OFFER TO A CENSURE AND TO CEASE AND DESIST FROM COMMITTING OR CAUSING ANY VIOLATIONS AND ANY FUTURE VIOLATIONS OF SECTION 15B(C)(1) OF THE EXCHANGE ACT AND OF MSRB RULES G-17 AND G-30. (REL. 34-40038; FILE NO. 3-9613). *** +05/10/99+ SEC DOCKET, VOLUME 67, NO.5, DATED 6/23/98, PAGE |

CRD® or IARD(TM) System         Current As Of:   06/24/2013
Snapshot - Individual
CRD® or IARD(TM) System Report provided to:   SEC
Request Submitted:   6/25/2013 12:50:47 PM                                                      Page 10 of 14

**Individual   1051581 - HALL, CHRISTOPHER JOHN**

**Reportable Events**

### Regulatory Action DRP                              DRP Version   10/2005

0727, DISCLOSES; THE ORDER CONTAINING THE CEASE AND DESIST ORDER AGAINST RESPONDENT IS DATED 5/28/98.\*\*\*

| | | | |
|---|---|---|---|
| Occurrence# | 319631 | Disclosure Type | Regulatory Action |
| FINRA Public Disclosable | Yes | Reportable | Yes |
| Material Difference in Disclosure | No | | |

| | | | |
|---|---|---|---|
| Filing ID | 118717 | Form (Form Version) | U5 (08/1999) |
| Filing Date | 07/07/1999 | | |
| Source | 13386 - HOWE, SOLOMON & HALL, INC. | | |

Disclosure Questions Answered

### Regulatory Action DRP                              DRP Version   10/2005

1. Regulatory action initiated by:   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.
2. Principal sanction:
   Other sanction(s):
3. Date Initiated/Explanation:   01/20/1999
4. Docket/Case#:   C07980023
5. Employing firm:   HOWE, SOLOMON & HALL, INC.
6. Principal product type:
   Other product type(s):
7. Allegation(s):
8. Current status:   Final
9. Appealed to:
10. Resolution:   Acceptance, Waiver & Consent(AWC)

11. Resolution date/Explanation:   01/20/1999
12. A. Resolution detail:   Monetary/Fine Sanction (Amount: $25,000.00), Bar Sanction, Suspension Sanction, Censure Sanction

    B. Other sanction(s) ordered:

    C. Sanction detail:
13. Comment:   12-20-98-PARTIAL U5 REC'D FROM HOWE, SOLOMON & HALL INC. WITH
   THE "YES" ANSWER TO 13B1 AND NO DETAILS.

| | | | |
|---|---|---|---|
| Filing ID | 6763153 | Form (Form Version) | U6 (08/1999) |

CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.

| | |
|---|---|
| **CRD® or IARD(TM) System** | **Current As Of:** 06/24/2013 |
| **Snapshot - Individual** | |
| **CRD® or IARD(TM) System Report provided to:** | SEC |
| **Request Submitted:** 6/25/2013 12:50:47 PM | Page 11 of 14 |

| **Individual** | **1051581 - HALL, CHRISTOPHER JOHN** |
|---|---|

**Reportable Events**

| | |
|---|---|
| Filing Date | 08/16/2000 |
| Source | FINRA |

**Disclosure Questions Answered**

| **Regulatory Action DRP** | **DRP Version**  10/2005 |
|---|---|
| 1. Regulatory action initiated by: | NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC |
| 2. Principal sanction: | |
| Other sanction(s): | |
| 3. Date Initiated/Explanation: | 01/20/1999 |
| 4. Docket/Case#: | C07980023 |
| 5. Employing firm: | HOWE, SOLOMON & HALL, INC. |
| 6. Principal product type: | No Product |
| Other product type(s): | |
| 7. Allegation(s): | VILOATION NASD RULE 2110 |
| 8. Current status: | Final |
| 9. Appealed to: | |
| 10. Resolution: | Acceptance, Waiver & Consent(AWC) |
| 11. Final order: | |
| 12. Resolution date/Explanation: | 01/20/1999 |
| 13. A. Resolution detail: | Monetary/Fine Sanction (Amount: $25,000.00), Bar Sanction, Suspension Sanction, Censure Sanction |
| B. Other sanction(s) ordered: | REQUIRED TO RETAIN AN INDEPENDENT CONSULTING FIRM THAT IS MUTUALLY AGREEABLE TO BOTH THE FIRM AND THE NASD. |
| C. Sanction detail: | SUSPENSION WILL COMMENCE WITH THE OPENING OF BUSINESS ON<br>MARCH 15, 1999, AND CONCLUDE AT THE CLOSE OF BUSINESS ON MARCH 14, 2001 |
| 14. Comment: | [TOP] 02/12/99GK: ON 1/20/99, DISTRICT NO. 7 NOTIFIED RESPONDENTS HOWE, SOLOMON & HALL, INC. AND CHRISTOPHER J. HALL THAT THE LETTER OF AWC NO. C07980023 WAS ACCEPTED; THEREFORE, RESPONDENT HALL IS CENSURED, FINED $25,000, SUSPENDED FROM ASSOCIATION WITH ANY NASD MEMBER IN ANY CAPACITY FOR TWO YEARS, AND BARRED FROM ASSOCIATION WITH ANY NASD MEMBER IN ANY PRINCIPAL CAPACITY, WITH NO RIGHT TO REAPPLY. HALL HAS THE RIGHT TO CONTINUE AS A PASSIVE INVESTOR IN THE FIRM, EVEN DURING THE TERM OF THE SUSPENSION. IF IT IS EVER DETERMINED THAT THE SCOPE OF RESPONDENT HALL'S INVOLVEMENT WITH THE FIRM DURING THE TERM OF THE SUSPENSION EVER GOES BEYOND THAT, HE SHALL IMMEDIATELY AND WITHOUT NOTICE BE PERMANENTLY BARRED IN ALL CAPACITIES. RESPONDENT MEMBER IS CENSURED, FINED |

| | | | |
|---|---|---|---|
| CRD® or IARD(TM) System | Current As Of: | 06/24/2013 | |
| Snapshot - Individual | | | |
| CRD® or IARD(TM) System Report provided to: | | SEC | |
| Request Submitted: 6/25/2013 12:50:47 PM | | | Page 12 of 14 |

**Individual    1051581 - HALL, CHRISTOPHER JOHN**

**Reportable Events**

**Regulatory Action DRP**                                    **DRP Version    10/2005**

$25,000, AND REQUIRED TO RETAIN AN INDEPENDENT CONSULTING FIRM THAT IS MUTUALLY AGREEABLE TO BOTH THE FIRM AND THE NASD. THE INDEPENDENT CONSULTANT ("IC") SHALL REVIEW ACTIVITIES OF RESPONDENT HALL TO ENSURE THAT, DURING THE TERM OF HIS TWO-YEAR SUSPENSION, HE DOES NOT ASSUME ANY ROLE WITH THE FIRM BEYOND THAT OF PASSIVE INVESTOR. ALL FEES, EXPENSES AND COSTS ASSOCIATED WITH THE IC, INCLUDING THE REVIEW AND THE PREPARATION OF REPORTS, SHALL BE PAID BY THE FIRM. THE FIRM SHALL COOPERATE FULLY WITH THE IC, INCLUDING OBTAINING THE FULL COOPERATION AND ASSISTANCE OF ITS EMPLOYEES OR OTHER PERSONS UNDER ITS CONTROL - (NASD RULE 2110 - RESPONDENT MEMBER, ACTING THROUGH RESPONDENT HALL, MISCALCULATED ITS ALLOWABLE ASSETS, THEREBY CAUSING THE FIRM TO HAVE INSUFFICIENT NET CAPITAL; AND,
RESPONDENT HALL "PARKED" SECURITIES BY EXECUTING FICTITIOUS
TRADES DESIGNED TO OVERSTATE THE FIRM'S NET CAPITAL, THEREBY
ENABLING THE FIRM TO CONTINUE IN BUSINESS IN OSTENSIBLE COMPLIANCE WITH THE NET CAPITAL RULE).
THE SUSPENSION WILL COMMENCE WITH THE OPENING OF BUSINESS ON
MARCH 15, 1999, AND CONCLUDE AT THE CLOSE OF BUSINESS ON MARCH 14, 2001.09/13/1999BR: $25,000.00 PAID ON 4/13/99 (WIRE TRANSFER), JOINTLY AND SEVERAL

| | | | |
|---|---|---|---|
| **Occurrence#** | 331193 | **Disclosure Type** | Regulatory Action |
| **FINRA Public Disclosable** | Yes | **Reportable** | Yes |
| **Material Difference in Disclosure** | No | | |
| **Filing ID** 153725 | | **Form (Form Version)** | U6 (08/1999) |
| **Filing Date** 07/07/1999 | | | |
| **Source** Maryland | | | |

**Disclosure Questions Answered**

**Regulatory Action DRP**                                    **DRP Version    10/2005**

1. Regulatory action initiated by:    Maryland Division of Securities
2. Principal sanction:
   Other sanction(s):
3. Date Initiated/Explanation:    03/22/1999
4. Docket/Case#:    99-0255
5. Employing firm:
6. Principal product type:
   Other product type(s):

CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.

**CRD® or IARD(TM) System**          **Current As Of:**   06/24/2013
**Snapshot - Individual**
**CRD® or IARD(TM) System Report provided to:**   SEC
**Request Submitted:**   6/25/2013 12:50:47 PM                                              Page 13 of 14

**Individual    1051581 - HALL, CHRISTOPHER JOHN**
**Reportable Events**

### Regulatory Action DRP                                    DRP Version   10/2005

| | |
|---|---|
| 7. Allegation(s): | Based on a suspension by the NASD for 2 years after being found in violation of various securities rules and regulations, the Division issued an Order to Show Cause and Order of Summary Suspension, requiring Hall to show cause as to why his agent registration should not be revoked in Maryland. |
| 8. Current status: | Final |
| 9. Appealed to: | |
| 10. Resolution: | Order |
| 11. Final order: | |
| 12. Resolution date/Explanation: | 03/22/1999 |
| 13. A. Resolution detail: | Revocation/Expulsion/Denial Sanction |
|    B. Other sanction(s) ordered: | |
|    C. Sanction detail: | The Orders provided that failure to request a hearing within 15 days from the date of receipt of the Orders would result in the revocation of his agent registration in this State. |
| 14. Comment: | Final Order of Revocation of Agent Registration issued 3/22/99. CONTACT: ELLEN E. CHERRY, (410) 576-6494. |

| | | | |
|---|---|---|---|
| **Occurrence#** | 334841 | **Disclosure Type** | Regulatory Action |
| **FINRA Public Disclosable** | Yes | **Reportable** | Yes |
| **Material Difference in Disclosure** | No | | |

| | | | |
|---|---|---|---|
| **Filing ID** | 153724 | **Form (Form Version)** | U6 (08/1999) |
| **Filing Date** | 07/07/1999 | | |
| **Source** | Illinois | | |
| **Disclosure Questions Answered** | | | |

### Regulatory Action DRP                                    DRP Version   10/2005

| | |
|---|---|
| 1. Regulatory action initiated by: | ILLINOIS SECURITIES DEPARTMENT |
| 2. Principal sanction: | |
|    Other sanction(s): | |
| 3. Date Initiated/Explanation: | 03/31/1999 |
| 4. Docket/Case#: | 9900046 |
| 5. Employing firm: | |
| 6. Principal product type: | |
|    Other product type(s): | |
| 7. Allegation(s): | RESPONDENT'S SALESPERSON REGISTRATION IN |

---
**CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.**

| | |
|---|---|
| **CRD® or IARD(TM) System Snapshot - Individual** | **Current As Of:** 06/24/2013 |
| **CRD® or IARD(TM) System Report provided to:** SEC | |
| **Request Submitted:** 6/25/2013 12:50:47 PM | Page 14 of 14 |

**Individual   1051581 - HALL, CHRISTOPHER JOHN**

**Reportable Events**

**Regulatory Action DRP**                    **DRP Version   10/2005**

ILLINOIS IS SUBJECT TO REVOCATION, PURSUANT TO AN ACCEPTANCE
WAIVER AND CONSENT DOCUMENT ISSUED BY THE NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

| | |
|---|---|
| 8. Current status: | Final |
| 9. Appealed to: | |
| 10. Resolution: | Acceptance, Waiver & Consent(AWC) |
| 11. Final order: | |
| 12. Resolution date/Explanation: | 07/14/1999 |
| 13. A. Resolution detail: | Revocation/Expulsion/Denial Sanction |
| B. Other sanction(s) ordered: | |
| C. Sanction detail: | A NOTICE OF HEARING WAS ISSUED, MARCH 31, 1999. THE HEARING WILL BE HELD MAY 19, 1999. AN ORDER OF REVOCATION WAS ISSUED, JULY 14, 1999. THE RESPONDENT'S SALESPERSON REGISTRATION IS REVOKED IN ILLINOIS. |
| 14. Comment: | CONTACT: (217) 785-4948 |

**Regulator Archive and Z Records**

<<No Regulator Archive and Z Records found for this Individual.>>