# EXHIBIT 17



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
450 Fifth Street, N.W.
Washington, D.C. 20549

OFFICE OF
THE SECRETARY

MAY 28 1998

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mark F. Raymond, Esquire
Tew & Beasley, L.L.P.
201 South Biscayne Boulevard
Suite 2600
Miami, FL 33131

Re:   In the Matter of Howe, Solomon and Hall,
      Inc. and Christopher J. Hall

Dear Mr. Raymond:

Enclosed please find an Order Instituting Public Administrative and Cease-and-Desist Proceedings Pursuant to Sections 15(b), 19(h), and 21C of the Securities Exchange Act of 1934, Making Findings and Imposing Remedial Sanctions and Cease-and-Desist-Order ("Order") against your clients, Howe, Solomon and Hall, Inc. and Christopher J. Hall.

The findings and remedial sanctions imposed are in accordance with your clients' Offer of Settlement dated May 14, 1998, and amended May 19, 1998, which was submitted to the Commission and which the Commission has determined to accept. The sanctions imposed by the enclosed Order shall be effective immediately.

If you have any questions or wish to discuss any aspect of the proceedings, you may communicate with Frederick M. Lehrer at the Commission's Southeast Regional Office, 1401 Brickell Avenue, Suite 200, Miami, Florida 33131.

Sincerely,

Jonathan G. Katz
Secretary

Enclosure

PX 172