# EXHIBIT 21

| From: | Chris Hall |
| --- | --- |
| To: | Phil Pendergraft |
| Sent: | 3/20/2009 8:06:48 PM |
| Subject: | balance sheet / real estate holdings |

As per your request:

Balance Sheet:
Assets:

| | |
| --- | --- |
| Cash | $3,000. |
| Stocks/Bonds: | |
| Hemisphere Trust | $23,622,432. |
| CJ Hall | $29,195,696. |
| CLNW common | $2,970,000. |
| Real Estate (see attached) | $10,035,000. |
| IRA | $20,000. |
| Furniture/Personal property | $100,000. |

Liabilities:

| | |
| --- | --- |
| Margin: | |
| Hemisphere | $26,655,980. |
| CJ Hall | $38,181,256. |
| Bank note payable | $200,000. |
| Mortgages on Real Estate | $7,475,000. |
| Taxes due | $850,000. |
| Credit Card balances | $90,000. |

Real Estate assets:

| PROPERTY | Mortgage Amount: | Lending Bank: |
| --- | --- | --- |
| 2843 S. Bayshore Dr. Miami P1D | $615,000. | Bank United |
| 2843 S. Bayshore Dr. Miami P3C | $750,000. | Chase Bank |
| 2843 S. Bayshore Dr. Miami P3D | $750,000. | Chase Bank |
| 2951 S. Bayshore Dr. Miami Unit 1205 | $240,000. | Turnberry Bank |
| 671 N.E. 105th Street Miami Shores, FL | $340,000. | Saxon Mortgage |
| 79 Barrow Street NYC | $500,000. | Puder |
| 106 Bison Road San Antonio, Tx. | $2,850,000. | Washington Mutual |

F.O.I.A. Confidential Treatment Requested on Behalf of Penson Worldwide Inc. by Akin Gump Strauss Hauer & Feld LLP

PX 57

PWI-SEC-504912

---

Estates @ Canyon Ridge:

23.57895% of Stone Oak Prime LLP

Market Value     $35,500,000.
Mortgage Amount  $32,000,000.
(50:50 split between Stone Oak and the developer)

50% split of     $3,500,000. X 23.57895% = $412,631.62

F.O.I.A. Confidential Treatment Requested on
Behalf of Penson Worldwide Inc. by Akin Gump
Strauss Hauer & Feld LLP

PWI-SEC-504913