# EXHIBIT 22

```
9:26 AM                              Chris Hall
03/27/13                        Balance Sheet Detail
Accrual Basis                   As of March 27, 2013
```

*See page 3-7 for breakdown*

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| **ASSETS** | | | | | | | | 0.00 |
| **Current Assets** | | | | | | | | 0.00 |
| **Checking/Savings** | | | | | | | | 0.00 |
| **0306** | | | | | | | | 0.00 |
| Deposit | 4/15/2008 | | | Deposit | | Hall 5 | 108,000.00 | 108,000.00 |
| Check | 5/1/2008 | 1593 | L.V.S. Investments,... | | | Hall 3 | -9,000.00 | 99,000.00 |
| Check | 6/1/2008 | 1594 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 90,000.00 |
| Check | 7/1/2008 | 1595 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 81,000.00 |
| Check | 8/1/2008 | 1340 | L.V.S. Investments,... | | | -SPLIT- | -9,000.00 | 72,000.00 |
| Check | 9/1/2008 | 1356 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 63,000.00 |
| Check | 10/1/2008 | 1365 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 54,000.00 |
| Check | 11/1/2008 | 1374 | L.V.S. Investments,... | | | -SPLIT- | -9,000.00 | 45,000.00 |
| Check | 12/1/2008 | 1382 | L.V.S. Investments,... | | | -SPLIT- | -9,000.00 | 36,000.00 |
| Check | 1/1/2009 | 1601 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 27,000.00 |
| Check | 2/2/2009 | 1396 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 18,000.00 |
| Check | 3/12/2009 | 1480 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 9,000.00 |
| Check | 3/18/2009 | wt | James J. Hurchalla | | | Hall 4 | -1,500.00 | 7,500.00 |
| Check | 4/15/2009 | wt | William P McNeer ... | | | Hall 4 | -5,000.00 | 2,500.00 |
| Check | 4/16/2009 | 1474 | Prusis | | | Hall 4 | -20,000.00 | -17,500.00 |
| Deposit | 4/16/2009 | | | Deposit | | Hall 4 | 672,568.00 | 655,068.00 |
| Check | 4/16/2009 | wt | Robert DeWald Wi... | | | Hall 4 | -64,600.00 | 590,468.00 |
| Check | 4/28/2009 | 1407 | Sylvia Romero CPA | | | Hall 4 | -24,061.14 | 566,406.86 |
| Check | 4/28/2009 | 1408 | Bexar County Distri... | | | Hall 4 | -2,131.47 | 564,275.39 |
| Deposit | 5/20/2009 | | | Deposit | | Hall 2 | 1,586,500.00 | 2,150,775.39 |
| Check | 5/20/2009 | 1653 | L.V.S. Investments,... | Payoff Loan | | Hall 2 | -503,333.33 | 1,647,442.06 |
| Check | 5/21/2009 | 1654 | William P McNeer ... | | | Hall 2 | -70,000.00 | 1,577,442.06 |
| Deposit | 6/30/2009 | | | Deposit | | Hall 3 | 1,428,847.20 | 3,006,289.26 |
| Check | 6/30/2009 | 1441 | L.V.S. Investments,... | | | Hall 3 | -9,000.00 | 2,997,289.26 |
| Check | 7/1/2009 | 1473 | Charles Schwab | | | Hall 3 | -373,847.20 | 2,623,442.06 |
| Check | 7/1/2009 | wt | William P McNeer ... | | | Hall 3 | -37,000.00 | 2,586,442.06 |
| Check | 7/1/2009 | 1502 | L.V.S. Investments,... | | | Hall 2 | -9,000.00 | 2,577,442.06 |
| Deposit | 7/29/2009 | | | Deposit | | Hall | 410,000.00 | 2,987,442.06 |
| Check | 7/30/2009 | 1513 | Southwest Securities | | | Hall 3 | -394,000.00 | 2,593,442.06 |
| Check | 7/30/2009 | wt | William P McNeer ... | | | Hall 3 | -6,000.00 | 2,587,442.06 |
| Deposit | 8/11/2009 | | | Deposit | | Hall | 590,262.84 | 3,177,704.90 |
| Check | 8/11/2009 | wt | Alamo Title Company | | | Hall 3 | -600,000.00 | 2,577,704.90 |
| Check | 8/17/2009 | 1501 | L.V.S. Investments,... | | | Hall | -9,000.00 | 2,568,704.90 |
| Check | 10/8/2009 | | CJ Hall Wachovia S... | | | Hall 4 | -555,245.39 | 2,013,459.51 |
| Deposit | 3/3/2010 | | | Deposit | | Hall | 1,802,500.00 | 3,815,959.51 |
| Check | 3/3/2010 | wt | CJ Hall Wachovia S... | | | Hall | -250,000.00 | 3,565,959.51 |
| Check | 3/3/2010 | 1585 | L.V.S. Investments,... | | | Hall | -15,900.00 | 3,550,059.51 |
| Check | 3/3/2010 | MEMO | William P McNeer ... | | | Hall | -211.25 | 3,549,848.26 |
| Check | 3/8/2010 | | Home Eq Services | | | Hall | -72,883.78 | 3,476,964.48 |
| Check | 3/19/2010 | | Sherman Law Offices | | | Hall | -850,000.00 | 2,626,964.48 |
| Check | 3/25/2010 | | Christopher Hall | | | Hall | -100,000.00 | 2,526,964.48 |
| Check | 3/26/2010 | wt | Land Title Co of Su... | | | Hall | -955.00 | 2,526,009.48 |
| Check | 3/26/2010 | 1587 | Summit County | | | Hall | -96.00 | 2,525,913.48 |
| Check | 4/1/2010 | 1605 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 2,516,913.48 |
| Check | 4/1/2010 | 1606 | L.V.S. Investments,... | | | Hall | -5,150.00 | 2,511,763.48 |

Page 1


JX 13

JJH 0722

CONFIDENTIAL

4:49 PM
03/25/13
Accrual Basis

# Chris Hall
## Balance Sheet Detail
### As of March 25, 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 4/9/2010 | 1588 | KREC Loan Servicing | | | Hall | -156,250.00 | 2,355,513.48 |
| Check | 4/9/2010 | 1589 | William P McNeer ... | | | Hall | -10,000.00 | 2,345,513.48 |
| Check | 4/13/2010 | 1607 | L.V.S. Investments,... | | | Hall 5 | -9,000.00 | 2,336,513.48 |
| Check | 4/15/2010 | 1608 | June Ozner | | | Hall | -1,666.67 | 2,334,846.81 |
| Check | 4/15/2010 | 1609 | June Ozner | | | Hall | -1,666.67 | 2,333,180.14 |
| Check | 4/15/2010 | | James J. Hurchalla | Bexar County... | | Hall | -1,500.00 | 2,331,680.14 |
| Check | 4/16/2010 | 1590 | Cash Administration | | | Hall | -5,631.21 | 2,326,048.93 |
| Check | 5/10/2010 | 1710 | June Ozner | | | Hall | -1,666.67 | 2,324,382.26 |
| Check | 5/10/2010 | 1592 | L.V.S. Investments,... | | | Hall | -9,000.00 | 2,315,382.26 |
| Check | 5/12/2010 | wt | Cambridge At Auburn | | | Hall | -25,000.00 | 2,290,382.26 |
| Check | 5/14/2010 | wt | William P McNeer ... | | | Hall | -5,814.00 | 2,284,568.26 |
| Check | 5/20/2010 | 1652 | Hall WT | | | Hall 2 | -999,212.33 | 1,285,355.93 |
| Check | 5/21/2010 | WT | William P McNeer ... | Breckenridge... | | Hall | -1,694.82 | 1,283,661.11 |
| Check | 5/25/2010 | 1619 | SW Securities | | | Hall | -56,000.00 | 1,227,661.11 |
| Check | 6/1/2010 | 1620 | June Ozner | | | Hall | -1,666.67 | 1,225,994.44 |
| Check | 6/8/2010 | WT | Thomas R. Johnson | | | Hall | -35,000.00 | 1,190,994.44 |
| Check | 7/1/2010 | MEMO | Advice of Debit | | | Hall | -1,000,000.00 | 190,994.44 |
| Check | 7/9/2010 | 1472 | James J. Hurchalla | Fees | | Hall | -5,000.00 | 185,994.44 |
| Check | 7/9/2010 | wt | Michael McGrath | | | Hall | -121,000.00 | 64,994.44 |
| Check | 8/10/2010 | 1584 | L.V.S. Investments,... | | | Hall | -45,000.00 | 19,994.44 |
| Check | 8/26/2010 | 1648 | L.V.S. Investments,... | | | Hall | -9,000.00 | 10,994.44 |
| Check | 8/26/2010 | 1649 | L.V.S. Investments,... | | | Hall | -5,150.00 | 5,844.44 |
| Check | 8/26/2010 | 1650 | June Ozner | | | Hall | -1,666.67 | 4,177.77 |
| Check | 8/26/2010 | 1651 | Rocky Mountain Ho... | | | Hall | -844.74 | 3,333.03 |
| Check | 11/1/2010 | 1604 | L.V.S. Investments,... | | | -SPLIT- | -9,000.00 | -5,666.97 |
| Deposit | 11/12/2010 | | | Deposit | | Hall | 1,050,000.00 | 1,044,333.03 |
| Check | 11/12/2010 | 1397 | James J. Hurchalla | | | Hall | -2,000.00 | 1,042,333.03 |
| Check | 11/15/2010 | 1768 | L.V.S. Investments,... | | | -SPLIT- | -42,000.00 | 1,000,333.03 |
| Check | 11/22/2010 | wt | William P McNeer ... | | | Hall | -24,000.00 | 976,333.03 |
| Check | 12/17/2010 | wt | Loan Chris SI | | | Hall | -962,503.00 | 13,830.03 |
| Check | 12/17/2010 | 1769 | June Ozner | | | Hall 2 | -5,000.00 | 8,830.03 |
| Check | 1/10/2011 | 1616 | L.V.S. Investments,... | | | Hall | -9,000.00 | -169.97 |
| Check | 1/11/2011 | wt | June Ozner | | | Hall | -3,333.34 | -3,503.31 |
| Deposit | 1/31/2011 | | | Deposit | | Hall | 100,988.41 | 97,485.10 |
| Check | 2/11/2011 | wt | Christopher Hall | | | Hall | -40,000.00 | 57,485.10 |
| Check | 2/25/2011 | 1504 | June Ozner | | | Hall | -6,000.00 | 51,485.10 |
| Check | 3/15/2011 | wt | Christopher Hall | | | Hall | -25,000.00 | 26,485.10 |
| Check | 4/12/2011 | wt | Christopher Hall | | | Hall | -26,000.00 | 485.10 |
| Check | 5/10/2011 | wt | Christopher Hall | | | Hall 7 | -50,000.00 | -49,514.90 |
| Deposit | 5/10/2011 | | | Deposit | | Hall 7 | 110,880.13 | 61,365.23 |
| Check | 6/8/2011 | wt | Christopher Hall | | | Hall 7 | -40,000.00 | 21,365.23 |
| Check | 7/7/2011 | wt | Christopher Hall | | | Hall 7 | -21,000.00 | 365.23 |
| Deposit | 7/19/2012 | | | Deposit | | Hall | | 365.23 |

Total 0306     365.23     365.23

Total Checking/Savings     365.23     365.23

Page 2

JJH 0723

CONFIDENTIAL

4:49 PM
03/25/13
Accrual Basis

# Chris Hall
## Balance Sheet Detail
### As of March 25, 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Accounts Receivable | | | | | | | | 0.00 |
| Total Accounts Receivable | | | | | | | | 0.00 |
| Other Current Assets | | | | | | | | 0.00 |
| Total Other Current Assets | | | | | | | | 0.00 |
| **Total Current Assets** | | | | | | | 365.23 | 365.23 |
| Fixed Assets | | | | | | | | 0.00 |
| Accumulated Depreciation | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| Furniture and Equipment | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| **Total Fixed Assets** | | | | | | | | 0.00 |
| Other Assets | | | | | | | | 0.00 |
| Total Other Assets | | | | | | | | 0.00 |
| **TOTAL ASSETS** | | | | | | | 365.23 | 365.23 |
| **LIABILITIES & EQUITY** | | | | | | | | |
| Liabilities | | | | | | | | 0.00 |
| Current Liabilities | | | | | | | | 0.00 |
| Accounts Payable | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | | 0.00 |
| Credit Cards | | | | | | | | 0.00 |
| Total Credit Cards | | | | | | | | 0.00 |
| Other Current Liabilities | | | | | | | | 0.00 |
| Trust Account Liability | | | | | | | | 0.00 |
| Hall | | | | | | | | 0.00 |
| Hall | | | | | | | | 0.00 |
| Total Hall | | | | | | | | 0.00 |
| Hall - Other | | | | | | | | 0.00 |
| Deposit | 7/29/2009 | | | Deposit | | 0306 | 410,000.00 | 410,000.00 |
| Deposit | 8/11/2009 | | | Deposit | | 0306 | 590,262.84 | 1,000,262.84 |
| Check | 8/17/2009 | 1501 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 991,262.84 |
| Deposit | 3/3/2010 | | | Deposit | | 0306 | 1,802,500.00 | 2,793,762.84 |
| Check | 3/3/2010 | wt | CJ Hall Wachovia S... | | | 0306 | -250,000.00 | 2,543,762.84 |
| Check | 3/3/2010 | 1585 | L.V.S. Investments,... | | | 0306 | -15,900.00 | 2,527,862.84 |
| Check | 3/3/2010 | MEMO | William P McNeer ... | | | 0306 | -211.25 | 2,527,651.59 |
| Check | 3/8/2010 | | Home Eq Services | | | 0306 | -72,883.78 | 2,454,767.81 |
| Check | 3/19/2010 | | Sherman Law Offices | | | 0306 | -850,000.00 | 1,604,767.81 |
| Check | 3/25/2010 | | Christopher Hall | | | 0306 | -100,000.00 | 1,504,767.81 |

Page 3

JJH 0724

CONFIDENTIAL

4:49 PM
03/26/13
Accrual Basis

# Chris Hall
## Balance Sheet Detail
### As of March 25, 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 3/26/2010 | wt | Land Title Co of Su... | | | 0306 | -955.00 | 1,503,812.81 |
| Check | 3/26/2010 | 1587 | Summit County | | | 0306 | -96.00 | 1,503,716.81 |
| Check | 4/1/2010 | 1606 | L.V.S. Investments,... | | | 0306 | -5,150.00 | 1,498,566.81 |
| Check | 4/9/2010 | 1588 | KREC Loan Servicing | | | 0306 | -156,250.00 | 1,342,316.81 |
| Check | 4/9/2010 | 1589 | William P McNeer ... | | | 0306 | -10,000.00 | 1,332,316.81 |
| Check | 4/15/2010 | 1608 | June Ozner | | | 0306 | -1,666.67 | 1,330,650.14 |
| Check | 4/15/2010 | 1609 | June Ozner | | | 0306 | -1,666.67 | 1,328,983.47 |
| Check | 4/15/2010 | | James J. Hurchalla | Bexar County... | | 0306 | -1,500.00 | 1,327,483.47 |
| Check | 4/16/2010 | 1590 | Cash Administration | | | 0306 | -5,631.21 | 1,321,852.26 |
| Check | 5/10/2010 | 1710 | June Ozner | | | 0306 | -1,666.67 | 1,320,185.59 |
| Check | 5/10/2010 | 1592 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 1,311,185.59 |
| Check | 5/12/2010 | wt | Cambridge At Auburn | | | 0306 | -25,000.00 | 1,286,185.59 |
| Check | 5/14/2010 | wt | William P McNeer ... | | | 0306 | -5,814.00 | 1,280,371.59 |
| Check | 5/21/2010 | WT | William P McNeer ... | Breckenridge... | | 0306 | -1,694.82 | 1,278,676.77 |
| Check | 5/25/2010 | 1819 | SW Securities | | | 0306 | -56,000.00 | 1,222,676.77 |
| Check | 6/1/2010 | 1620 | June Ozner | | | 0306 | -1,666.67 | 1,221,010.10 |
| Check | 6/8/2010 | WT | Thomas R. Johnson | | | 0306 | -35,000.00 | 1,186,010.10 |
| Check | 7/1/2010 | MEMO | Advice of Debit | | | 0306 | -1,000,000.00 | 186,010.10 |
| Check | 7/9/2010 | 1472 | James J. Hurchalla | Fees | | 0306 | -5,000.00 | 181,010.10 |
| Check | 7/9/2010 | wt | Michael McGrath | | | 0306 | -121,000.00 | 60,010.10 |
| Check | 8/10/2010 | 1584 | L.V.S. Investments,... | | | 0306 | -45,000.00 | 15,010.10 |
| Check | 8/26/2010 | 1648 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 6,010.10 |
| Check | 8/26/2010 | 1649 | L.V.S. Investments,... | | | 0306 | -5,150.00 | 860.10 |
| Check | 8/26/2010 | 1650 | June Ozner | | | 0306 | -1,666.67 | -806.57 |
| Check | 8/26/2010 | 1651 | Rocky Mountain Ho... | | | 0306 | -844.74 | -1,651.31 |
| Check | 11/1/2010 | 1604 | L.V.S. Investments,... | | | 0306 | -9,000.00 | -10,651.31 |
| Deposit | 11/12/2010 | | | Deposit | | 0306 | 1,050,000.00 | 1,039,348.69 |
| Check | 11/12/2010 | 1397 | James J. Hurchalla | | | 0306 | -2,000.00 | 1,037,348.69 |
| Check | 11/15/2010 | 1768 | L.V.S. Investments,... | | | 0306 | -42,000.00 | 995,348.69 |
| Check | 11/22/2010 | wt | William P McNeer ... | | | 0306 | -24,000.00 | 971,348.69 |
| Check | 12/17/2010 | wt | Loan Chris SI | | | 0306 | -962,503.00 | 8,845.69 |
| Check | 1/10/2011 | 1616 | L.V.S. Investments,... | | | 0306 | -9,000.00 | -154.31 |
| Check | 1/11/2011 | wt | June Ozner | | | 0306 | -3,333.34 | -3,487.65 |
| Deposit | 1/31/2011 | | | Deposit | | 0306 | 100,988.41 | 97,500.76 |
| Check | 2/11/2011 | wt | Christopher Hall | | | 0306 | -40,000.00 | 57,500.76 |
| Check | 2/25/2011 | 1504 | June Ozner | | | 0306 | -6,000.00 | 51,500.76 |
| Check | 3/15/2011 | wt | Christopher Hall | | | 0306 | -25,000.00 | 26,500.76 |
| Check | 4/12/2011 | wt | Christopher Hall | | | 0306 | -26,000.00 | 500.76 |
| Deposit | 7/19/2012 | | | Deposit | | 0306 | | 500.76 |
| Total Hall - Other | | | | | | | 500.76 | 500.76 |
| Total Hall | | | | | | | 500.76 | 500.76 |

JJH 0730

CONFIDENTIAL

4:49 PM
03/25/13
Accrual Basis

# Chris Hall
## Balance Sheet Detail
### As of March 25, 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Hall 2** | | | | | | | | 0.00 |
| Deposit | 5/20/2009 | | Hall 2 | Deposit | | 0306 | 1,586,500.00 | 1,586,500.00 |
| Check | 5/20/2009 | 1653 | L.V.S. Investments,... | Payoff Loan | | 0306 | -503,333.33 | 1,083,166.67 |
| Check | 5/21/2009 | 1654 | William P McNeer ... | | | 0306 | -70,000.00 | 1,013,166.67 |
| Check | 7/1/2009 | 1502 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 1,004,166.67 |
| Check | 5/20/2010 | 1652 | Hall WT | | | 0306 | -999,212.33 | 4,954.34 |
| Check | 12/17/2010 | 1769 | June Ozner | | | 0306 | -5,000.00 | -45.66 |
| **Total Hall 2** | | | | | | | -45.66 | -45.66 |
| **Hall 3** | | | | | | | | 0.00 |
| Check | 5/1/2008 | 1593 | L.V.S. Investments,... | | | 0306 | -9,000.00 | -9,000.00 |
| Check | 8/1/2008 | 1340 | L.V.S. Investments,... | | | 0306 | 0.00 | -9,000.00 |
| Check | 11/1/2008 | 1374 | L.V.S. Investments,... | | | 0306 | 0.00 | -9,000.00 |
| Check | 12/1/2008 | 1382 | L.V.S. Investments,... | | | 0306 | 0.00 | -9,000.00 |
| Deposit | 6/30/2009 | | Hall 3 | Deposit | | 0306 | 1,428,847.20 | 1,419,847.20 |
| Check | 6/30/2009 | 1441 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 1,410,847.20 |
| Check | 7/1/2009 | 1473 | Charles Schwab | | | 0306 | -373,847.20 | 1,037,000.00 |
| Check | 7/1/2009 | wt | William P McNeer ... | | | 0306 | -37,000.00 | 1,000,000.00 |
| Check | 7/30/2009 | 1513 | Southwest Securities | | | 0306 | -394,000.00 | 606,000.00 |
| Check | 7/30/2009 | wt | William P McNeer ... | | | 0306 | -6,000.00 | 600,000.00 |
| Check | 8/11/2009 | wt | Alamo Title Company | | | 0306 | -600,000.00 | 0.00 |
| Check | 11/1/2010 | 1604 | L.V.S. Investments,... | | | 0306 | 0.00 | 0.00 |
| Check | 11/15/2010 | 1768 | L.V.S. Investments,... | | | 0306 | 0.00 | 0.00 |
| **Total Hall 3** | | | | | | | 0.00 | 0.00 |
| **Hall 4** | | | | | | | | 0.00 |
| Check | 3/18/2009 | wt | James J. Hurchalla | | | 0306 | -1,500.00 | -1,500.00 |
| Check | 4/15/2009 | wt | William P McNeer ... | | | 0306 | -5,000.00 | -6,500.00 |
| Check | 4/16/2009 | 1474 | Prusis | | | 0306 | -20,000.00 | -26,500.00 |
| Deposit | 4/16/2009 | | | Deposit | | 0306 | 672,568.00 | 646,068.00 |
| Check | 4/16/2009 | wt | Robert DeWald Wl... | | | 0306 | -64,600.00 | 581,468.00 |
| Check | 4/28/2009 | 1407 | Sylvia Romero CPA | | | 0306 | -24,061.14 | 557,406.86 |
| Check | 4/28/2009 | 1408 | Bexar County Distri... | | | 0306 | -2,131.47 | 555,275.39 |
| Check | 10/8/2009 | | CJ Hall Wachovia S... | | | 0306 | -555,245.39 | 30.00 |
| **Total Hall 4** | | | | | | | 30.00 | 30.00 |
| **Hall 5** | | | | | | | | 0.00 |
| Deposit | 4/15/2008 | | | LVS | | 0306 | 108,000.00 | 108,000.00 |
| Check | 6/1/2008 | 1594 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 99,000.00 |
| Check | 7/1/2008 | 1595 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 90,000.00 |
| Check | 8/1/2008 | 1340 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 81,000.00 |
| Check | 9/1/2008 | 1356 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 72,000.00 |
| Check | 10/1/2008 | 1365 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 63,000.00 |
| Check | 11/1/2008 | 1374 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 54,000.00 |
| Check | 12/1/2008 | 1382 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 45,000.00 |
| Check | 1/1/2009 | 1601 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 36,000.00 |
| Check | 2/2/2009 | 1396 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 27,000.00 |
| Check | 3/12/2009 | 1480 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 18,000.00 |

JJH 0732

CONFIDENTIAL

4:49 PM
03/25/13
Accrual Basis

# Chris Hall
## Balance Sheet Detail
### As of March 25, 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 0306 | -9,000.00 | 9,000.00 |
| Check | 4/1/2010 | 1605 | L.V.S. Investments,... | | | 0306 | -9,000.00 | 0.00 |
| Check | 4/13/2010 | 1607 | L.V.S. Investments,... | | | | 0.00 | 0.00 |
| Total Hall 5 | | | | | | | | 0.00 |
| Hall 6 | | | | | | | | 0.00 |
| Total Hall 6 | | | | | | | | 0.00 |
| Hall 7 | | | | | | | | |
| | | | | | | 0306 | -50,000.00 | -50,000.00 |
| Check | 5/10/2011 | wt | Christopher Hall | | | 0306 | 110,880.13 | 60,880.13 |
| Deposit | 5/10/2011 | | | Deposit | | 0306 | -40,000.00 | 20,880.13 |
| Check | 6/8/2011 | wt | Christopher Hall | | | 0306 | -21,000.00 | -119.87 |
| Check | 7/7/2011 | wt | Christopher Hall | | | | -119.87 | -119.87 |
| Total Hall 7 | | | | | | | | 0.00 |
| Trust Account Liability - Other | | | | | | | | 0.00 |
| Total Trust Account Liability - Other | | | | | | | 365.23 | 365.23 |
| Total Trust Account Liability | | | | | | | 365.23 | 365.23 |
| Total Other Current Liabilities | | | | | | | 365.23 | 365.23 |
| Total Current Liabilities | | | | | | | | 0.00 |
| Long Term Liabilities | | | | | | | | 0.00 |
| Total Long Term Liabilities | | | | | | | 365.23 | 365.23 |
| Total Liabilities | | | | | | | | 0.00 |
| Equity | | | | | | | | 0.00 |
| Opening Balance Equity | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | 0.00 |
| Owners Draw | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | 0.00 |
| Owners Equity | | | | | | | | 0.00 |
| Closing Entry | 12/31/2006 | | | | | | | 0.00 |
| Closing Entry | 12/31/2007 | | | | | | | 0.00 |
| Closing Entry | 12/31/2008 | | | | | | | 0.00 |
| Closing Entry | 12/31/2009 | | | | | | | 0.00 |
| Closing Entry | 12/31/2010 | | | | | | | 0.00 |
| Closing Entry | 12/31/2011 | | | | | | | 0.00 |
| Closing Entry | 12/31/2012 | | | | | | | 0.00 |
| Total Owners Equity | | | | | | | | |

JJH 0774

CONFIDENTIAL

9:26 AM
03/27/13
Accrual Basis

# Chris Hall
## Balance Sheet Detail
### As of March 27, 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| Net Income | | | | | | | | 0.00 |
| Total Net Income | | | | | | | | 0.00 |
| Total Equity | | | | | | | | 0.00 |
| TOTAL LIABILITIES & EQUITY | | | | | | | 365.23 | 365.23 |

JJH 0775

CONFIDENTIAL